COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-380-CV

 

GENE
HOLLOWAY AND DENTON                                         APPELLANTS

INDEPENDENT
SCHOOL DISTRICT                                                          

 

                                                   V.

 

JANE
DOE, INDIVIDUALLY AND AS                                           APPELLEE

NEXT FRIEND FOR SALLY
DOE, A 

MINOR                                                                                               

                                                                                                        

                                               ----------

            FROM
THE 158TH DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered AAppellant's
And Appellee's Joint Motion To Dismiss.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.

 








PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J. 

 

DELIVERED:  March 1, 2007 












[1]See Tex. R. App. P. 47.4.